## ACTION OF SOLE MEMBER AND MANAGING MEMBER OF
## NEIGHBORHOOD RESTAURANT PARTNERS FLORIDA, LLC

### MARCH 23, 2026

This is to certify that the undersigned, on behalf of NRPF Group Two, LLC, the sole member and managing member (the "Member") of Neighborhood Restaurant Partners Florida, LLC (the "Company"), effective as of March 23, 2026, does hereby take and authorize the following actions, and it is hereby:

**RESOLVED**, that the Company is authorized to engage and retain the firm of GGG Partners, LLC, by and through its designee, Katie S. Goodman, to act as chief restructuring officer (the "CRO") for the Company.  The CRO is hereby designated as an authorized officer, (together with any other person so designated by the Manager, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company for all purposes, including but not limited to executing and verifying or certifying a petition under Chapter 11 of the Bankruptcy Code by the Company and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins, Williamson & Ray, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Company under a general retainer in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code, and to pay to Scroggins, Williamson & Ray, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company other attorneys, consultants, investment bankers, financial advisors, accountants and other professionals to assist in the Company's Chapter 11 case on such terms as said officers deem necessary or proper, and to pay to such professionals reasonable compensation for such services;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, subject to any required approval of the Bankruptcy Court, is authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary,

proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all reasonable fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions necessary thereto;

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

Said Resolution is still of full force and effect.

**MEMBER**:

**NRPF GROUP TWO, LLC,**
A Georgia Limited Liability Company

By: Michael Roye
Name:  Michael Roye
Title:  Manager