**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NRPF GROUP TWO, LLC,** | ) | **CASE NO. 26-53945** |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **NEIGHBORHOOD RESTAURANT** | ) | **CASE NO. 26-53946** |
| **PARTNERS FLORIDA, LLC,** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | **CASE NO. 26-53948** |
| **NEIGHBORHOOD RESTAURANT** | ) | |
| **PARTNERS FLORIDA TWO, LLC,** | ) | |
| | ) | |
| **Debtors.** | | |

**MOTION FOR JOINT ADMINISTRATION**

COME NOW the above-captioned debtors and debtors and debtors-in-possession (collectively, the "**Debtors**")[1], pursuant to Federal Rule of Bankruptcy Procedure 1015, and file this their Motion for Joint Administration of their Chapter 11 cases, seeking entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), and respectfully showing the Court as follows:

1.      Each Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on March 24, 2026.  The Debtors each remain in

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: NRPF Group Two, LLC (0079); Neighborhood Restaurant Partners Florida, LLC (9185) and Neighborhood Restaurant Partners Florida Two, LLC (6462).

.

possession and control of their estates pursuant to 11 U.S.C. §§1107 and 1108.

2.      It is anticipated that all three cases will be assigned to the same Judge.

3.      The Debtors request that their bankruptcy cases be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates.

4.      The proposed style of the procedurally consolidated cases is as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NRPF GROUP TWO, LLC, et al.,** | ) | |
| | ) | **Jointly Administered Under** |
| **Debtors.** | ) | **CASE NO. 26-53945** |

5.      The Debtors request that all pleadings and papers filed in these cases shall be captioned as in the preceding paragraph and may be filed in a single original and entered on a single docket, with the following exceptions (which each Debtor shall file separately on each Debtor's respective bankruptcy docket):  (1) monthly operating reports; (2) status reports; (3) each Debtors' schedules and statement of financial affairs; (4) any proposed plan of reorganization or liquidation wherein only one of the Debtors is a plan proponent or the proposal is only as to a single Debtor; (5) final reports and applications for final decrees; and (6) proofs of claim.

6.      The Debtors do not request substantive consolidation at this time.

7.      The Debtors are not aware of any administrative or scheduling orders entered in any of the cases which would require modification.

8.      The Debtors believe that creditors of the estates will not be prejudiced by joint administration of these cases, and that such administration is in the best interests of all creditors and parties in interest because it will reduce the costs of administration.

WHEREFORE, the Debtors request that for ease of administration, convenience and economy, the Court enter an order for the joint administration of these cases, and provide such other and further relief as may be just and proper.

This 24th day of March, 2026.

Respectfully submitted,

SCROGGINS, WILLIAMSON & RAY, P.C.

| | |
|---|---|
| 4401 Northside Parkway | /s/ Ashley R. Ray |
| Suite 230 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T:      (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:      (404) 893-3886 | Georgia Bar No. 601559 |
| E:      rwilliamson@swlawfirm.com | MATTHEW W. LEVIN |
|          aray@swlawfirm.com | Georgia Bar No. 448270 |
|          mlevin@swlawfirm.com | |

*Proposed Counsel for Debtors*

- 3 -

**<u>Exhibit A</u>**


**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NRPF GROUP TWO, LLC,** | ) | **CASE NO. 26- 53945** |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **NEIGHBORHOOD RESTAURANT** | ) | **CASE NO. 26- 53946** |
| **PARTNERS FLORIDA, LLC,** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | **CASE NO. 26- 53948** |
| **NEIGHBORHOOD RESTAURANT** | ) | |
| **PARTNERS FLORIDA TWO, LLC,** | ) | |
| | ) | |
| **Debtors.** | | |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

THIS CAUSE came before the Court on the motions of the above-captioned debtors and

debtors and debtors-in-possession (collectively, the "**Debtors**")[2], requesting the Court to permit

joint administration of their Chapter 11 cases pursuant to Federal Rule of Bankruptcy Procedure

1015 (the "**Motion**").  Having considered the matter, the Court finds that joint handling of purely

administrative matters may aid in expediting the Debtors' cases and rendering the process less

costly, which is contemplated by Bankruptcy Rule 1015.  See Advisory Committee Note to

Bankruptcy Rule 1015.

---

[2] The Debtors in these cases along with the last four digits of their federal tax identification number are: NRPF
Group Two, LLC (0079); Neighborhood Restaurant Partners Florida, LLC (9185) and Neighborhood Restaurant
Partners Florida Two, LLC (6462).

- 5 -

Accordingly, it is hereby ORDERED as follows:

1.      The Motion is GRANTED.

2.      The above-captioned cases are to be jointly administered under Case No. 26-53945,

with respect to administrative matters only, in accordance with the provisions of Federal Rule of

Bankruptcy Procedure 1015(b).

3.      The joint caption of these cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NRPF GROUP TWO, LLC, et al.,** | ) | |
| | ) | **Jointly Administered Under** |
| **Debtors.** | ) | **CASE NO. 26-53945** |

4.      All pleadings and papers filed in these cases shall be captioned as in the preceding

paragraph and may be filed in a single original and entered on a single docket, with the following

exceptions (which each Debtor shall file separately on each Debtor's respective bankruptcy

docket):  (1) monthly operating reports; (2) status reports; (3) each Debtors' schedules and

statement of financial affairs; (4) any proposed plan of reorganization or liquidation wherein only

one of the Debtors is a plan proponent or the proposal is only as to a single Debtor; (5) final reports

and applications for final decrees; and (6) proofs of claim.

5.      All docket entries in these cases shall be made in the case of NRPF Group Two,

LLC.  The Clerk is directed to make a docket entry in each of the other Debtors' cases, excluding

NRPF Group Two, LLC, (Case No. 26-53945) substantially as follows:

An order has been entered in this case jointly administering this case with the bankruptcy case of NRPF Group Two, LLC, Case No. 26-53945, for procedural purposes only.  The docket in Case No. 26-53945 should be consulted for all matters affecting this case.

6.      The Debtors have not requested substantive consolidation, and these cases are not being substantively consolidated at this time.

**END OF DOCUMENT**

Prepared and Presented by:

SCROGGINS, WILLIAMSON & RAY, P.C.

/s/   Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
MATTHEW W. LEVIN
Georgia Bar No. 448270
4401 Northside Parkway
Suite 230
Atlanta, Georgia 30327
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
     aray@swlawfirm.com
     mlevin@swlawfirm.com

*Proposed Counsel for the Debtors*

## DISTRIBUTION LIST

Ashley R. Ray
SCROGGINS, WILLIAMSON & RAY, P.C.
4401 Northside Parkway
Suite 230
Atlanta, GA 30327

Alan Hinderleider
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303