

**IT IS ORDERED as set forth below:**

**Date: March 25, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NRPF GROUP TWO, LLC,** | ) | **CASE NO. 26-53945** |
| _____ | ) | |
| **IN RE:** | ) | |
| | ) | |
| **NEIGHBORHOOD RESTAURANT** | ) | **CASE NO. 26-53946** |
| **PARTNERS FLORIDA, LLC,** | ) | |
| _____ | ) | |
| **IN RE:** | ) | |
| | ) | **CASE NO. 26-53948** |
| **NEIGHBORHOOD RESTAURANT** | ) | |
| **PARTNERS FLORIDA TWO, LLC,** | ) | |
| | ) | |
| **Debtors.** | | |

_____

**ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT**
**AND SCHEDULING HEARING ON FIRST DAY MATTERS**

These bankruptcy cases were filed on March 24, 2026.[1]  A Notice of Designation as Complex Chapter 11 Case was filed in each case.  A Request for Expedited Consideration of Certain First Day Matters was filed on March 24, 2026.  After review of the initial pleadings filed

---

[1]     The Debtors in these cases along with the last four digits of their federal tax identification number are: NRPF Group Two, LLC (0079); Neighborhood Restaurant Partners Florida, LLC (9185) and Neighborhood Restaurant Partners Florida Two, LLC (6462).

in these cases, the Court concludes that these cases appear to be Complex Chapter 11 Cases. Accordingly, unless the Court orders otherwise,

IT IS ORDERED:

I.      These Cases shall proceed in accordance with the Procedures for Complex Chapter 11 Cases pursuant to General Order 26-2019, as amended;

II.     The Request for Expedited Consideration of Certain First Day Matters is GRANTED. A hearing to consider the First Day Matters indicated below will be held before the Court on **March 26, 2026 at 2:30 p.m.** in **Courtroom 1201** U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. Parties may appear in person or via Zoom using Judge Sigler's Virtual Hearing Room. A link to connect to Judge Sigler's Virtual Hearing Room is available on her webpage at https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler. Please join the virtual room 10 minutes prior to the hearing. If you experience difficulty in connection, please contact Nick Mahone, the courtroom deputy clerk, via email at nicholas_mahone@ganb.uscourts.gov or by telephone at (404) 215-1029.

   X    JOINT MOTION FOR JOINT ADMINISTRATION [Dkt. No. 4]

_____    MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

   X    MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT [Dkt. No. 6]

   X    MOTION TO PAY PRE-PETITION WAGES, SALARIES, ET AL. [Dkt. No. 11]

   X    MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL [Dkt. No. 12]

_____    MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

   X    MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE [Dkt. No. 7]

 X    MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES [Dkt. No. 5]

 X    MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS [Dkt. Nos. 13-16]

_____    MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

  X    OTHERS (LIST):

MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO MAINTAIN AND ADMINISTER CUSTOMER PROGRAMS AND TO HONOR CERTAIN PRE-PETITION OBLIGATIONS RELATED THERETO [Dkt. No. 9]

MOTION OF THE DEBTORS FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(A) AND 363, AUTHORIZING THE DEBTORS TO PAY PRE-PETITION SALES AND USE TAXES AND AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH RELIEF [Dkt. No. 8]

FIRST OMNIBUS MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING DEBTORS TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF THE PETITION DATE [Dkt. No. 10].

Copies of the First Day Matters shall be made available as follows:  (i) upon written request to the Debtors' proposed counsel of record; (ii) at the website of the Debtors' proposed claims and noticing agent, at https://dm.epiq11.com/nrpf; (iii) by request via email to aray@swlawfirm.com; (iv) by request via telephone to (404) 893-3880 and/or (v) in the Office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).  No further notice shall be required.

**END OF ORDER**

<u>Distribution List</u>

Ashley R. Ray
Scroggins, Williamson & Ray, P.C.
4401 Northside Parkway, Suite 230
Atlanta, GA 30327

Alan Hinderleider
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303